IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN H. PETTY                                                                    PLAINTIFF

    V.                                        NO.  14-4119

SHERIFF RON STOVAL, et al                                          DEFENDANT

<u>O R D E R</u>

    Before the court is the Plaintiff's Motion to Supplement (ECF No. 6) filed October

29, 2014.  The Motion appears to set forth a claim of an inadequate grievance procedure

and the Motion to Supplement (ECF No. 6) is **GRANTED**.


    IT IS SO ORDERED this February 5, 2015



                              */s/ J. Marschewski*
                              HONORABLE JAMES R. MARSCHEWSKI
                              UNITED STATES MAGISTRATE JUDGE